IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rajwinder Singh,<br><br>               Petitioner,<br><br>vs.<br><br>Katrina S. Kane, et al.,<br><br>               Respondents. | No. CV10-2604 PHX DGC<br><br>**ORDER** |

       Petitioner, Rajwinder Singh, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and a motion to dismiss (Doc. 20). United States Magistrate Judge James R. Irwin has issued a report and recommendation ("R&R") recommending that the motion to dismiss be granted and the petition be dismissed without prejudice. Doc. 23. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R, grant the motion to dismiss and dismiss the petition without prejudice.

**IT IS ORDERED:**

    1.    The R&R (Doc. 23) is **accepted**.

    2.    The petition for writ of habeas corpus (Doc. 1) is **dismissed without prejudice**.

    3.    The motion to dismiss (Doc. 20) is **granted**.

    4.    A certificate of appealability and leave to proceed *in forma pauperis* on

appeal are **denied**

5. The Clerk is directed to **terminate** this action.

Dated this 29th day of December, 2011.

_____
David G. Campbell
United States District Judge